IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL NO. 2:05CV209
(2:03CR101-5)

| | |
|---|---|
| DIXIE SANDERS, )<br>)<br>       Petitioner, )<br>)<br>Vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>       Respondent. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's "Motion for Reinstatement of Appeals Rights June 29, 2005," and "Motion Proper Under Title 28 USC § 2255," filed July 11, 2005.

A review of the motion indicates the Petitioner is attacking her conviction and sentence in some manner, but the motion is contradictory as to what relief the Petitioner actually seeks. Therefore, the Court will require the Petitioner to advise the Court whether or not she intended this motion to be a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

**IT IS, THEREFORE, ORDERED** that the Petitioner comply with the terms herein within 20 days from entry of this Order.

**Signed: July 26, 2005**

Lacy H. Thornburg
United States District Judge