IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL NO. 2:05CV209
(2:03CR101-5)

| | | |
|---|---|---|
| DIXIE SANDERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | **J U D G M E N T** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Petitioner's motion pursuant to 28 U.S.C. § 2255 is **DENIED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Petitioner is hereby placed on notice that no future petition pursuant to 28 U.S.C. § 2255 may be filed without permission of the United States Court of Appeals for the Fourth Circuit.

Signed: December 6, 2005

Lacy H. Thornburg
United States District Judge